# Court of Appeals
# of the State of Georgia

ATLANTA,    August 12, 2015

*The Court of Appeals hereby passes the following order:*

**A15A1842.  ORR v. THE STATE.**

Upon consideration of Appellant's MOTION TO WITHDRAW APPEAL, the same is hereby GRANTED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*   08/12/2015
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*